IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CHEF SOLUTIONS HOLDINGS, LLC, *et al.*,[1] | ) Case No. 11-13139 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Re: Docket Nos. 314 & 396 |

## ORDER AUTHORIZING CHANGE OF
## NAMES AND RELATED CHANGES TO CASE CAPTION

In furtherance of the relief granted pursuant to the *Order (A) Authorizing and Approving the Sale of Substantially All of the Debtors' Assets to RMJV, L.P. in Accordance with the Terms of Asset Purchase Agreement Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of the Assigned Contracts, (C) Approving Debtors' Entry Into Certain Transition Services Agreements, and (D) Granted Related Relief* [Docket No. 314]; and upon consideration of the *Certification of Counsel Regarding Order Authorizing Change of Names and Related Changes to Case Caption* (the "Certification of Counsel")[2] filed by the Debtors requesting entry of an order authorizing the change of the Debtors' respective names and changing the caption of the Debtors' chapter 11 cases in compliance with the APA; and the Purchaser having consented to the entry of this Order; and the Debtors submit that no other notice need be given,

IT IS HEREBY ORDERED:

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are Chef Solutions Holdings, LLC [5382], CS Distribution Holdings, LLC [5461], CS Distributors, Inc. of Ohio [7075], CS Prepared Foods Holdings, LLC [5434], Chef Solutions Inc. [8101], Orval Kent Holdings, Inc. [4307], Orval Kent Intermediate Holdings, Inc. [4420], Orval Kent Parent, LLC [4553], Orval Kent Food Company, LLC [8408] and Orval Kent Food Company of Linares, LLC [0418]. The debtors' corporate offices are located at 120 W. Palatine Rd. Wheeling, IL 60090.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Certification of Counsel.

RLF1 5632262v. 2

1. The name change of Chef Solutions Holdings, LLC to Food Processing Liquidation Holdings, LLC is hereby authorized.

2. The name change of CS Distribution Holdings, LLC to FPL Distribution Holdings, LLC is hereby authorized.

3. The name change of CS Distributors, Inc. of Ohio to FPL Distributors, Inc. of Ohio is hereby authorized.

4. The name change of CS Prepared Foods Holdings, LLC to FPL Prepared Foods Holdings, LLC is hereby authorized.

5. The name change of Chef Solutions Inc. to Food Processing Liquidation Inc. is hereby authorized.

6. The name change of Orval Kent Holdings, Inc. to FPL Holdings, Inc. is hereby authorized.

7. The name change of Orval Kent Intermediate Holdings, Inc. to FPL Intermediate Holdings, Inc. is hereby authorized.

8. The name change of Orval Kent Parent, LLC to FPL Parent, LLC is hereby authorized.

9. The name change of Orval Kent Food Company, LLC to Food Processing Liquidation, LLC is hereby authorized.

10. The name change of Orval Kent Food Company of Linares, LLC to FPL of Linares, LLC is hereby authorized.

11. The new caption of the Debtors' chapter 11 cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **FOOD PROCESSING LIQUIDATION HOLDINGS, LLC,** *et al.*[1] | ) | **Case No. 11-13139 (KG)** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | |

12. The Clerk of the Court is directed to make a docket entry in case number 11-13139 (KG) substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the name change of Chef Solutions Holdings, LLC to Food Processing Liquidation Holdings, LLC.".

13. The Clerk of the Court is directed to make a docket entry in case number 11-13141 (KG) substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the name change of CS Distribution Holdings, LLC to FPL Distribution Holdings, LLC.".

14. The Clerk of the Court is directed to make a docket entry in case number 11-13142 (KG) substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the name change of CS Distributors, Inc. of Ohio to FPL Distributors, Inc. of Ohio.".

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are Food Processing Liquidation Holdings, LLC (f/k/a Chef Solutions Holdings, LLC) [5382], FPL Distribution Holdings, LLC (f/k/a CS Distribution Holdings, LLC) [5461], FPL Distributors, Inc. of Ohio (f/k/a CS Distributors, Inc. of Ohio) [7075], FPL Prepared Foods Holdings, LLC (f/k/a CS Prepared Foods Holdings, LLC) [5434], Food Processing Liquidation Inc. (f/k/a Chef Solutions Inc.) [8101], FPL Holdings, Inc. (f/k/a Orval Kent Holdings, Inc.) [4307], FPL Intermediate Holdings, Inc. (f/k/a Orval Kent Intermediate Holdings, Inc.) [4420], FPL Parent, LLC (f/k/a Orval Kent Parent, LLC) [4553], Food Processing Liquidation, LLC (f/k/a Orval Kent Food Company, LLC) [8408] and FPL of Linares, LLC (f/k/a Orval Kent Food Company of Linares, LLC) [0418]. The debtors' corporate offices are located at 120 W. Palatine Rd. Wheeling, IL 60090.

15. The Clerk of the Court is directed to make a docket entry in case number 11-13143 (KG) substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the name change of CS Prepared Foods Holdings, LLC to FPL Prepared Foods Holdings, LLC.".

16. The Clerk of the Court is directed to make a docket entry in case number 11-13144 (KG) substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the name change of Chef Solutions Inc. to Food Processing Liquidation Inc.".

17. The Clerk of the Court is directed to make a docket entry in case number 11-13145 (KG) substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the name change of Orval Kent Holdings, Inc. to FPL Holdings, Inc.".

18. The Clerk of the Court is directed to make a docket entry in case number 11-13146 (KG) substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the name change of Orval Kent Intermediate Holdings, Inc. to FPL Intermediate Holdings, Inc.".

19. The Clerk of the Court is directed to make a docket entry in case number 11-13147 (KG) substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the name change of Orval Kent Parent, LLC to FPL Parent, LLC.".

20. The Clerk of the Court is directed to make a docket entry in case number 11-13148 (KG) substantially as follows: "An order has been entered in this case directing that the

caption of this case be changed, in accordance with the name change of Orval Kent Food Company, LLC to Food Processing Liquidation, LLC.".

21. The Clerk of the Court is directed to make a docket entry in case number 11-13149 (KG) substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the name change of Orval Kent Food Company of Linares, LLC to FPL of Linares, LLC.".

22. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this order.

23. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: December 8, 2011
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

RLF1 5632262v. 2